1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BRIAN ABBINGTON, Texas Bar #00790500
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   brian_abbington@fd,org
5

6  Attorney for Defendant
   MARIE A. BROWN
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:19-po-109 JDP |
| Plaintiff, ) | |
| ) | **WAIVER OF PERSONAL APPEARANCE; AND REQUEST TO APPEAR BY VIDEO CONFERENCE** |
| v. ) | |
| MARIE A. BROWN, ) | |
| ) | Date:   May 21, 2019 |
| Defendant. ) | Time:   10:00 a.m. |
| ) | Judge:  Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant, MARIE A. BROWN, having been advised of her right to be present at all stages of proceedings, hereby requests this Court permit her to waive her right to personally appear for her Initial Appearance and be allowed to appear via video conference from the United States District Court in Santa Ana, California.  Ms. Brown agrees that her interests shall be represented at all times by the presence of her attorney, Assistant Federal Defender, Brian Abbington, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.  The government has no objection to this request.

Ms. Brown respectfully request this Court grant a waiver of her right and obligation to be personally present at the Initial Appearance and that she be permitted to appear via video conference from the United States District Court in Santa Ana, California.  Travel to Yosemite National Park represents a financial hardship.

Respectfully Submitted,

Dated: May 13, 2019         HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Brian Abbington*
                            BRIAN ABBINGTON
                            Assistant Federal Defender
                            Attorney for MARIE A. BROWN


                            McGREGOR SCOTT
                            United States Attorney


Dated: May 13, 2019         */s/ Brian Abbington for S. St. Vincent*
                            *(May 6, 2019)*
                            SUSAN ST. VINCENT
                            Legal Officer


**O R D E R**

**GOOD CAUSE APPEARING**, the above request for defendant's waiver of personal appearance and request to appear via video conference from the United States District Court in Santa Ana, California for her Initial Appearance on May 21, 2019 at 10:00 a.m. is hereby accepted and adopted.

IT IS SO ORDERED.

Dated:   May 14, 2019                             _____
                                                  UNITED STATES MAGISTRATE JUDGE