Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE A. BROWN,<br><br>Defendant. | No. 6:19-po-00109-JDP<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Marie Brown, by and through her attorney of record, Carol Ann Moses, that the status conference in the above-captioned matter set for August 13, 2019 be continued to September 10, 2019, at 10:00 a.m. The Government representative has to be out of the area on August 13, 2019 for a medical appointment.

Dated: August 6, 2019  /S/ Susan St. Vincent
Susan St. Vincent, Legal Officer
Yosemite National Park

Dated: August 6, 2019  /S/ Carol A. Moses
Carol Ann Moses
Attorney for
Marie Brown

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 13, 2019 status conference for Marie Brown, Case *6:19-po-00109-JDP*, is continued to September 10, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __August 7, 2019__  _____
UNITED STATES MAGISTRATE JUDGE