# UNITED STATES DISTRICT COURT

| Eastern | District of | California |

UNITED STATES OF AMERICA
        Plaintiff (s),

V.

MARIE BROWN
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:19-po-00109-JDP

Notice is hereby given that, subject to approval by the court, __MARIE BROWN__ substitutes
        (Party (s) Name)

__CAROL ANN MOSES__, State Bar No. __164193__ as counsel of record in
(Name of New Attorney)

place of __BRIAN ABBINGTON, ASSISTANT FEDERAL PUBLIC DEFENDER__.
        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Carol Moses |
| Address: | 7636 N. Ingram, Suite 104, Fresno, CA 93711 |
| Telephone: | (559) 449-9069   Facsimile (559) 513-8530 |
| E-Mail (Optional): | carol@yosemitelawyer.com |

I consent to the above substitution.

Date: 7/22/2019

/s/ MARIE BROWN

(Signature of Party (s))

I consent to being substituted.

Date: 7/22/2019

/s/ BRIAN ABBINGTON

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/22/2019

/s/ CAROL ANN MOSES

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/5/19

[signature]

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**